UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

WILLIAM F. HEALY, an Illinois resident and RED CARPET TRAVEL, INC., an Illinois corporation,

Plaintiffs

vs.

CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation,

Defendant.

COURT FILE NO. 01CV1103 ADM/SRN

**ORDER FOR JUDGMENT**

Upon the stipulation of counsel

IT IS ORDERED that any and all claims by plaintiffss William F. Healy and Red Carpet Travel, Inc. against defendant Carlson Travel Network Associates, Inc., as well as any and all counterclaims asserted by defendant Carlson Travel Network Associates, Inc. against plaintiffs William F. Healy and Red Carpet Travel, Inc. in the above-entitled action be and the same hereby are, dismissed with prejudice, on the merits and without costs or disbursements to either party.

LET JUDGMENT BE ORDERED ACCORDINGLY.

Dated this 14th day of November, 2002.

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

GP:935710 v1

NOV
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

WILLIAM F. HEALY, an Illinois resident and RED CARPET TRAVEL, INC., an Illinois corporation,

Plaintiffs

vs.

CARLSON TRAVEL NETWORK ASSOCIATES, INC., a Minnesota corporation,

Defendant.

COURT FILE NO. 01CV1103 ADM/SRN

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The undersigned parties to the above-entitled action hereby stipulate that any and all claims asserted by Plaintiffs William F. Healy and Red Carpet Travel, Inc. ("Plaintiffs") against Defendant Carlson Travel Network Associates, Inc. ("Defendant"), as well as any and all counterclaims asserted by Defendant against Plaintiff in this action are dismissed with prejudice and on their merits and without costs or disbursements to any party, and it is agreed that either party may forthwith, without notice to the other, apply to the Court pursuant to the provisions of this stipulation for an order directing that judgment be ordered forthwith.

Dated this 13th day of November, 2002

GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

By [signature]
Kirk W. Reilly
Attorney No. 153370
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800

ATTORNEYS FOR DEFENDANT CARLSON TRAVEL NETWORK ASSOCIATES, INC.

GP:935715 v1

Dated this 12th day of November, 2002

DADY & GARNER, P.A.

By [signature]
Jeffrey S. Haff
Attorney No. 202265
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 359-9000

ATTORNEYS FOR PLAINTIFFS WILLIAM F. HEALY AND RED CARPET TRAVEL, INC.

FILED _____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD _____
DEPUTY CLERK _____